U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 18 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal Complaint No. 3:06MJ3044 |
| VERSUS | * | 18 U.S.C. § 2113(a) - Bank Burglary |
| PATRICK OKEIF HUNTER | * | DISTRICT JUDGE JAMES |
| | * | MAGISTRATE JUDGE HAYES |

## ORDER

The Court considering the Motion by the United States to dismiss the Criminal Complaint filed on May 5, 2006, charging Patrick Okeif Hunter with Bank Burglary in violation of 18 U.S.C. §2113(a) and for the reasons stated in the motion, and in the interest of justice,

It is ordered that the Criminal Complaint filed on May 5, 2006, charging Patrick Okeif Hunter with Bank Burglary in violation of 18 U.S.C. §2113(a), is DISMISSED, without prejudice to the government. The defendant is ordered released from federal custody.

Read, Ordered and Signed this 18 day of May 2006, in ~~Monroe~~ Shreveport, Louisiana.

~~KAREN L. HAYES~~ Mark L. Hornsby
UNITED STATES MAGISTRATE JUDGE